In the Matter of AIRIONNA C. and Others. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Respondent; SHERNELL E., Respondent. MARY P. DAVISON, ESQ., Attorney for the Children, Appellant.

Submitted July 21, 2014; decided September 23, 2014

Motion for leave to appeal dismissed upon the ground that appellant, having taken no appeal to the Appellate Division, may not appeal to the Court of Appeals from the Appellate Division order of affirmance.

In the Matter of DASHAUN G. and Another, Infants. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Respondent; DIANA B., Respondent; JONATHAN G., Intervenor-Appellant.

Submitted July 28, 2014; decided September 23, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

KEYSPAN GENERATION, LLC, et al., Respondents, v NASSAU COUNTY et al., Appellants. (And Another Action.)

Submitted August 11, 2014; decided September 23, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the actions within the meaning of the Constitution and is not an order of the type provided for in CPLR 5602 (a) (2).

Judge RIVERA taking no part.